UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARELINO OSORIO REYES,
Petitioner,
v.
DANIEL A. BRIGHTMAN, et al.,
Respondents.

Case No.: 3:25-cv-3721-CAB-BJW

**ORDER VACATING HEARING**

[Doc. No. 12]

Before the Court is a joint motion to vacate the hearing set for January 14, 2026. [Doc. No. 12 ("Joint Motion").] Having considered the Joint Motion, the Court **GRANTS** the Joint Motion and **VACATES** the hearing set for **January 14, 2026**. If this case has not been dismissed by **January 21, 2026**, the parties shall file a joint status report.

It is **SO ORDERED**.

Dated: January 13, 2026

Hon. Cathy Ann Bencivengo
United States District Judge