UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARELINO OSORIO REYES,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL A. BRIGHTMAN, et al.,<br><br>    Respondents. | Case No.: 3:25-cv-3721-CAB-BJW<br><br>**ORDER DISMISSING CASE**<br><br>[Doc. No. 14] |

On January 13, 2026, Petitioner was released from DHS custody. [Doc. No. 14.] On January 21, 2026, the parties filed a joint motion to dismiss the case. [*Id.*] Having considered the joint motion, the Court **GRANTS** the joint motion and **DISMISSES** the case without prejudice. Each party shall bear their own fees and costs associated with the case. The Clerk of the Court is directed to close this case.

It is **SO ORDERED**.

Dated: January 22, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge